Form SUMINVBK

18-41483

# CERTIFICATE OF SERVICE

I, Royce Monson (name), certify that on 7/17/2018 (date), I served this summons and a copy of the involuntary petition on Peter N. Nordberg (name), the debtor in this case, by [describe the mode of service and the addresss at which the debtor was served]:

USPS certified mail
3151 Bali Ln
Alameda, CA 94502

FILED 7:33 pm
m

JUL 23 2018

BANKRUPTCY COURT
OAKLAND, CALIFORNIA

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date 7/17/2018    Signature Royce Monson
                  Print Name: Royce Monson
                  Business Address: 1818 E Bear Claw Cir
                                    Draper, UT 84020

Form SUMINVBK

United States Bankruptcy Court
Northern District of California

| | | | |
|---|---|---|---|
| In re | Peter N. Nordberg ) | Case No. | 18-41483 |
| | Debtor* ) | | |
| | ) | Chapter | 7 |
| | ) | | |

## ALIAS SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

    A petition under title 11, United States Code was filed against you in this bankruptcy court on 6/28/18, requesting an order for relief under chapter 7 of the Bankruptcy Code (title 11 of the United States Code).

    YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

Address of the clerk:    United States Bankruptcy Court
1300 Clay Street, Suite 300
Oakland, CA 94612

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

Name and Address of Petitioner's Attorney:    Royce Monson
1818 E Bear Claw Circle
Draper, UT 84020

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 11011(c).

If you fail to respond to this summons, the order for relief will be entered.

**YOU ARE NOTIFIED** that a Status Conference of the proceeding commenced by the filing of the involuntary petition will be held at the following time and place:

Location:    U.S. Bankruptcy Court
1300 Clay St. Room 220
Oakland, CA 94612

Date and Time:    9/5/18 at 10:30 AM



For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

Date: 7/2/18    By: Dan Sondheim

* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R .Bankr. P. 1005).

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

ALAMEDA, C 94502

| | |
|---|---|
| Certified Mail Fee | $3.45 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $0.00 |
| Postage | $0.50 |
| Total Postage and Fees | $3.95 |

Postmark Here: 07/18/2018

Sent To: Peter Nordberg
Street and Apt. No., or PO Box No.: 3151 Bali Ln
City, State, ZIP+4®: Alameda, CA 94502

7017 2400 0001 1530 3187

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions