Angie M. Marth, Esq. SBN 264567
Shapiro, Van Ess, Sherman & Marth, LLP
949 South Coast Drive, Suite 475
Costa Mesa, CA 92626
Telephone: (877) 257-0717
Fax: (847) 879-4836
Email: bkdept-ca@logs.com
Attorney for Movant

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>PETER N. NORDBERG,<br><br>    Debtor. | ) CASE: 18-41483<br>) Chapter 7<br>) R.S. NO.: AMM-089 (Northern)<br>)<br>) **NOTICE OF HEARING**<br>)<br>)<br>) **DATE:** August 22, 2018<br>) **TIME:** 9:30 a.m.<br>) **PLACE**: Northern District, Oakland<br>) Division, 1300 Clay Street,<br>) Courtroom 220<br>) Oakland, CA 94612 |

    PLEASE TAKE NOTICE that U.S. Bank National Association, not in its individual capacity but solely as Trustee NRZ PASS-THROUGH TRUST X ("Movant") Motion for Relief from the Automatic Stay has been set for hearing on **August 22, 2018 at 9:30 a.m.,** located at the United States Bankruptcy Court, **Northern District, Oakland Division, 1300 Clay Street, Suite 300, Courtroom 220 Oakland, CA 94612**

    FURTHER NOTICE IS HEREBY GIVEN that if you fail to attend the scheduled hearing, the Court may grant relief from the automatic stay, thereby authorizing Movant to proceed with foreclosure.

| | |
|---|---|
| **DATED: August 01, 2018** | **Shapiro, Van Ess, Sherman & Marth, LLP**<br>/s/ Angie M. Marth<br>Attorney for Movant |