**Entered on Docket**
**August 31, 2018**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the court.
Signed August 30, 2018

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re | Case No. 18-41483 |
| | Chapter 7 Involuntary Petition |
| Peter N. Nordberg | **Hearing:** |
| | Date: September 5, 2018 |
| Debtors. | Time: 10:30 a.m. |
| | Location: 1300 Clay St. Courtroom 220 |
| | Oakland, CA 94612 |

**MEMORANDUM SETTING STATUS CONFERENCE RELATING TO CREDITOR'S EX PARTE MOTION TO STRIKE DOCKET ENTRY 7**

On June 28, 2018, Creditor and Movant Royce Monson filed the above captioned involuntary Chapter 7 bankruptcy petition against Debtor Peter N. Nordberg (doc. 1). On August 8, 2018, Creditor U.S. Bank National Association, not in its individual capacity but solely as Trustee for NRZ PASS-THROUGH TRUST X (U.S. Bank), filed a Motion for Relief from Stay, requesting in rem relief related to property located at 1818 E Bear Claw Circle, Draper, UT 84020 ("Motion for Relief") (doc. 7). On August 22, 2018, the Court held a hearing on the Motion for Relief and requested that U.S. Bank file a supplemental declaration in support of value of the property. In the meantime, Movant filed the Ex Parte Motion To Strike Docket Entry 7 US Bank's Motion for Relief from Stay ("Ex Parte Motion") (doc. 9).

1

| | |
|---|---|
| 1 | Based on the foregoing, the Court hereby sets a status conference **Wednesday, September 5,** |
| 2 | **2018 at 10:30 a.m.** for discussion to be held as to the Ex Parte Motion. |

***END OF NOTICE***

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | |
| 3 | Royce Monson |
| 4 | 1818 E Bear Claw Cir<br>Draper, UT 84020 |
| 5 | |
| 6 | Peter N. Nordberg |
| 7 | 3151 Bali Ln.<br>Alameda, CA 94502 |