Angie M. Marth, Esq. SBN 264567
Shapiro, Van Ess, Sherman & Marth, LLP
949 South Coast Drive, Suite 475
Costa Mesa, CA 92626
Telephone: (877) 257-0717
Fax: (847) 879-4836
Email: bkdept-ca@logs.com
Attorneys for Movant

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>PETER N. NORDBERG,<br><br>Debtor(s). | CASE: 18-41483<br>CHAPTER: 7<br>R.S. NO.: AMM-089 (Northern)<br><br>SUPPLEMENTAL DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM STAY<br><br>DATE: 08/22/2018<br>TIME: 9:30 a.m.<br>PLACE: NORTHERN DISTRICT, OAKLAND DIVISION<br>1300 CLAY STREET, Courtroom 220<br>OAKLAND, CA 94612 |

I __Chastity Wilson__, declare as follows:

1. I am employed as a __Assistant Secretary__ for Nationstar Mortgage LLC d/b/a Mr. Cooper, servicing agent for U.S. Bank National Association, not in its individual capacity but solely as Trustee NRZ PASS-THROUGH TRUST X ("MOVANT"). I am authorized to sign this supplemental declaration in Support of Motion for Relief, on behalf of

Movant and have knowledge regarding Movant's interest in the real property that is the subject of the Motion for Relief ("Motion").

2. I am one of the custodians of business records for Nationstar Mortgage LLC d/b/a Mr. Cooper of loans involved in bankruptcy proceedings and the business records are maintained under my control and supervision. All business records of the loan documents, including promissory notes and deeds of trust, are kept in the ordinary course of business.

3. I have examined the files and business records of Nationstar Mortgage LLC d/b/a Mr. Cooper regarding the Note and Deed of Trust which are the subject of this Motion and I have found the following information to be true:

    a. On October 6, 2008, Peter Nordberg ("Original Borrower") made and delivered to MetLife Home Loans, a Division of MetLife Bank, N.A. as payee, a Promissory Note ("Note") secured by a Deed of Trust ("Deed of Trust") in the principal sum of $729,750.00 with the Note all due and payable on November 1, 2038. The Note and Deed of Trust encumber real property commonly known as **1818 E Bear Claw Circle, Draper, UT 84020** ("Property"). The Note and Deed of Trust are attached to Movant's original filed Motion pleading exhibits filed with the Court on August 01, 2018.

    b. I am informed and believe that on June 28, 2018, an involuntary Chapter 7 petition was filed against Debtor **Peter N. Nordberg**. The involuntary petition was filed by petition creditor, **Royce Monson**.

    c. The total amount due under the Note and Movant's Deed of Trust as of July 16, 2018, exclusive of attorneys' fees and costs, was approximately $1,110,894.48

| | |
|---|---|
| Unpaid Principal Balance: | $704,517.63 |
| Interest: | $320,858.20 |
| Escrow Advance Balance: | $80,015.74 |
| Other fees and costs: | $5,502.91 |

|     | Total due: | $1,110,894.48 |
| --- | --- | --- |

d. As of **August , 2018**, the loan is in material default and contractually due for the months of **January 01, 2012** through and including **August 01, 2018** (80 payments) for total arrearage of **$468,865.60**.

### DEBTOR AND PETITIONING CREDITOR'S INTEREST IN THE PROPERTY:

e. There have been no schedules filed by the Debtor or petitioning creditor. The Property address is listed as residing address of Petition Creditor, **Royce Monson**. However, Royce Monson is not a borrower listed on the original Deed of Trust and Movant does not have any written contractual agreement with the petitioning creditor. Furthermore, Movant has not consented to the Petitioning Creditor's potential interest in the Property or occupancy of the Property that is secured by its first lien.

### JUNIOR LIEN:

f. On or about December 12, 2008 Peter Nordberg executed and delivered to United Title Service, as trustee for the benefit of Michael Bunker, as beneficiary, a certain deed of trust (the "Bunker Trust Deed") to secure the performance by the debtor of the obligations in the amount of $288,000 under a Promissory Note ("Bunker Note") executed and delivered for valuable consideration to Michael Bunker. Michael Bunker did not record the Bunker Deed of Trust until February 13, 2009. A true and correct copy of the Bunker Deed of Trust is attached and marked as **Exhibit 1**. Royce Monson obtained an untheorized and potential interest in the Bunker Deed of Trust by assignment recorded on February 02, 2016. A copy of the Bunker Assignment is attached as **Exhibit 2**.

**PROPERTY VALUE:**

g. On or about **July 03, 2018**, Nationstar Mortgage requested that Broker's Price Opinion ("BPO") be performed on the Property. A property value analysis of a single family residence located at **1818 E Bear Claw Circle, Salt Lake, UT 84020** ("Property") was completed. Based upon the inspection and upon the information contained in the report, Property has an estimated fair market value of **$935,000.00** as of **July 03, 2018**. A true and correct copy of the written report of the BPO is attached as **Exhibit 3** to this declaration.

4. After deducting the estimated costs of sale and the total encumbrances from the value of the real property, there is no equity cushion to adequately protect Movant's interest in the real property and there is no equity for Debtor.

5. Furthermore, the real property has no substantial value for the Debtors' estate. According to the Broker's price opinion the fair market value of the real property is **935,000.00**. The real property is encumbered by Movant's deed of trust securing a debt of **$1,110,894.48** with additional encumbrances against the property totaling approximately **$280,00.00**. Since the total encumbrances against the property are estimated to be **$1,390,894.48**, there is no equity in this asset for the Chapter 7 Trustee to administer.

6. As stated above, there have been no chapter 7 schedules or statements filed by the Debtor or petitioning creditor. This involuntary petition filing and case do not appear to be proceeding in good faith and thus, Property is not necessary to an effective reorganization.

7. Movant would submit there is cause to terminate the automatic stay so that Movant can progress enforcement of its contractual default remedies under the Note and Deed of Trust. Pursuant to *11 U.S.C. § 362(d)(1)*, Movant's interest in the Property is not protected by an adequate equity cushion. Pursuant to *11 U.S.C. § 362(d)(2)(A)*, the Debtor has no equity in the

Property; and, pursuant to *§362(d)(2)(B)*, the Property is not necessary to an effective reorganization.

8. As stated in the Motion pleadings filed on May 01, 2018, Movant asserts that the filing of the involuntary petition is part of a scheme to delay, hinder, and defraud creditors that involves an authorized transfer of interest in the Property without consent of the Movant and multiple bankruptcy filings affecting the property. The multiple bankruptcy filings and unauthorized acquisition of interest in the subject property were completed for the improper purpose of thwarting Movant's foreclosure proceedings

9. I have personal knowledge of the foregoing, except as to those matters stated under information and belief, and as to those matters I believe them to be true, and if called upon as a witness I could and would competently testify thereto.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this __31__ day of ____August____, 2018, in the City of __Lewisville__, State of ____Texas____.

Chastity Wilson
Assistant Secretary of
Nationstar Mortgage LLC
d/b/a Mr. Cooper
Affiant
DECLARANT NAME

*Chastity Wilson*
DECLARANT SIGNATURE