Angie M. Marth, Esq. SBN 264567
Shapiro, Van Ess, Sherman & Marth, LLP
949 South Coast Drive, Suite 475
Costa Mesa, CA 92626
Telephone: (877) 257-0717
Fax: (847) 879-4836
Email: amarth@logs.com
Attorneys for Movant

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| In re: | ) CASE: 18-41483-WJL |
| | ) CHAPTER: 7 |
| PETER N. NORDBERG, | ) R.S. NO.: AMM-089 (Northern) |
| | ) |
| Debtor(s). | ) |
| | ) |
| | ) **CERTIFICATE OF SERVICE** |
| | ) |
| | ) **DATE:    9/05/2018** |
| | ) **TIME:    10:30 a.m.** |
| | ) **PLACE:  U.S. Bankruptcy Court** |
| | )              **1300 Clay Street,** |
| | )              **Courtroom 220,** |
| | )              **Oakland, CA 94612** |

I, Angie M. Marth, a over the age of eighteen (18) years, and not a party to the within action. My business address is 949 South Coast Drive, Suite 475, Costa Mesa, CA 92626.

On September 05, 2018, I caused to be served a true and correct copy of the following documents described as *proposed* **ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY,** on the interested parties in this action, by placing a true and correct copy thereof, enclosed in a sealed envelope with postage fully prepaid in the United States mail at Costa Mesa, California, and/or by NEF as addressed as follows:

**BY NEF:**

*Office of the U.S. Trustee/ OAK:*
*USTPRegion17.OA.ECF@usdoj.gov*

**BY FIRST CLASS MAIL:**

*Debtor:*
Peter N. Nordberg
3151 Bali Ln.
Alameda, CA 94502

Peter N. Nordberg
1818 E Bear Claw Circle
Draper, UT 84020

*Petitioning Creditor*:
Royce Monson
1818 E Bear Claw Cir
Draper, UT 84020

I declare under penalty of perjury that the foregoing is true and correct.

**Dated**: <u>**September 05, 2018**</u>     /s/ Angie M. Marth
                                            **Shapiro, Van Ess, Sherman & Marth, LLP**
                                            Attorneys for Movant