

Angie M. Marth, Esq. SBN 264567
Shapiro, Van Ess, Sherman & Marth, LLP
949 South Coast Drive, Suite 475
Costa Mesa, CA 92626
Telephone: (877) 257-0717
Fax: (847) 879-4836
Email: amarth@logs.com
Attorneys for Movant

**The following constitutes the order of the court.
Signed September 6, 2018**

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| In re: | ) CASE: 18-41483-WJL |
|  | ) CHAPTER: 13 |
| **Peter N. Nordberg**, | ) R.S. NO.: AMM-089 (Northern) |
|  | ) |
| Debtor(s). | ) |
|  | ) |
|  | ) **ORDER GRANTING MOTION FOR** |
|  | ) **RELIEF FROM AUTOMATIC STAY** |
|  | ) |
|  | ) DATE: 9/05/2018 |
|  | ) TIME: 10:30 a.m. |
|  | ) PLACE: U.S. Bankruptcy Court |
|  | ) 1300 Clay Street, |
|  | ) Courtroom 220, |
|  | ) Oakland, CA 94612 |

The Motion for Relief from Automatic Stay ("MOTION"), filed by **U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE NRZ PASS-THROUGH TRUST X** ("MOVANT"), came for hearing on the date, time and place set forth above, the Honorable William J. Lafferty, United States Bankruptcy Judge presiding. For the reasons set forth on the record and in the minutes of the proceedings, it is hereby:

ORDERED that the automatic stay of *11 U.S.C. § 362(a)* is terminated to allow Movant to enforce its remedies under the Note and Deed of Trust against the real property commonly known as **1818 EAST BEAR CLAW CIRCLE, DRAPER, UTAH 84020** and legally described as set forth below ("Property").

> **LOT 2, BEAR CREEK AT DRAPER, ACCORDING TO THE OFFICIAL PLAT THEREOF, ON FILE AND OF RECORD IN THE OFFICE OF THE SALT LAKE COUNTY RECORDER.**
> **APN: 28-33-405-015**

ORDERED that the Motion is granted under *11 U.S.C. § 362(d)(4)*. If recorded in compliance with applicable state laws governing notices of interests or liens in real property, this order shall be binding in any other case under this title purporting to affect the Property filed not later than 2 years after the date of the entry of this order by the court, except that a debtor in a subsequent case under this title may move for relief from this order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local government unit that accepts notices of interests or liens in real property shall accept any certified copy of this order for indexing and recording.

ORDERED that the Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-bankruptcy law.

ORDERED that 14-day stay of order under Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived.

ORDERED that the Order Terminating Automatic Stay is binding and effective despite conversion of this bankruptcy case to a case under any other chapter of of the United States Bankruptcy Code.

**END OF ORDER**

# COURT SERVICE LIST

**Peter N. Nordberg**
3151 Bali Ln.
Alameda, CA 94502

**Royce Monson**
1818 E Bear Claw Cir
Draper, UT 84020